**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Nick Richards                    Date: February 11, 2014
Court Reporter: Tammy Hoffschildt

---

**CASE NO. 14-cv-00366-RM-BNB**

| Parties | Counsel |
|---|---|
| TITLE RESOURCES GUARANTY COMPANY, a Texas Corporation, | Nicole Christine Irby Byeongsook Seo Bill Brendemuhl |
| Plaintiff, | Megan Adeyemo |
| v. | |
| AMERICAN TITLE SERVICES COMPANY, a Colorado corporation, AMERICA'S HOME TITLE, LLC, a Colorado limited liability company, AMERICAN TITLE CORP., a Colorado corporation, ESTATE OF RICHARD TALLEY, a Colorado decedent, CHERYL TALLEY, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley, BILL KRIEG, an individual, GK PEAKVIEW TOWER, LLC, a Delaware limited liability company, and CITYWIDE BANKS, a Colorado corporation, | Duncan Barber |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**MOTION HEARING
COURT IN SESSION: 1:06 p.m.**

Court calls case. Appearances of counsel. Duncan Barber appears on behalf of defendant Citywide Banks.

Motion Hearing called regarding Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery [Doc. No. 9, filed February 11, 2014].

The Court notes it will treat the motion as a temporary restraining order without notice to defendants.

**1:12 p.m.**      Oral argument by Mr. Seo regarding the temporary restraining order.

**1:30 p.m.**      Oral argument by Mr. Barber regarding the temporary restraining order.

**1:35 p.m.**      Response by Mr. Seo and argument regarding expedited discovery.

**COURT IN RECESS: 1:44 p.m.**
**COURT IN SESSION: 2:09 p.m.**

Findings of the Court.

**ORDERED:**      Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery [9] is **DENIED IN PART**. The motion is denied without prejudice as to the temporary restraining order.

To the extent the parties are requesting immediate discovery, the matter is referred to Magistrate Judge Boyd N. Boland. The parties are to directed to the chambers of Magistrate Judge Boland to request a hearing date.

**COURT IN RECESS**: 2:25 p.m.
**Total in court time**: 00:54
**Hearing concluded**