IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00366-RM-BNB | Date: | February 14, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TITLE RESOURCES GUARANTY COMPANY | *Nicole Christine Irby* |
| | *Byeongsook Seo* |
| **Plaintiff(s)** | |
| v. | |
| AMERICAN TITLE SERVICES COMPANY<br>AMERICA'S HOME TITLE, LLC<br>AMERICAN TITLE CORP.<br>CHERYL TALLEY<br>BILL KRIEG<br>GK PEAKVIEW TOWER, LLC<br>CITYWIDE BANKS<br>CHERYL (I) TALLEY | *Trevor J. Willard*<br>*Bethany Ann Johnson*<br>*Duncan Eugene Barber* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 10:01 a.m.

Appearances of counsel.

Argument given on [9] Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery and [18] Joint Motion for Forthwith Order Regarding Expedited Discovery as to Defendant Citywide Banks.

For the reasons stated on the record, it is

**ORDERED: Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited**

**Discovery [9] is GRANTED with regard to expedited discovery. Citywide Banks shall allow inspection and produce documents by noon today.**

**ORDERED: Joint Motion for Forthwith Order Regarding Expedited Discovery as to Defendant Citywide Banks [18]  is GRANTED.**

Court in Recess:  10:12 a.m.   Hearing concluded.     Total time in Court:  00:11

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119