IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,

Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,
AMERICA'S HOME TITLE, LLC, a Colorado limited liability company,
AMERICAN TITLE CORP., a Colorado corporation,
ESTATE OF RICHARD TALLEY, a Colorado decedent,
CHERYL TALLEY, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley,
BILL KRIEG, an individual,
GK PEAKVIEW TOWER, LLC. a Delaware limited liability company, and
CITYWIDE BANKS, a Colorado corporation,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1) Plaintiff's **Motion for . . . Expedited Discovery** [Doc. # 9, filed 2/11/2014] (the "Motion"); and

(2) The parties' **Joint Motion for Forthwith Order Regarding Expedited Discovery as to Defendant Citywide Banks** [Doc. # 18, filed 2/13/2014] (the "Joint Motion").

I held a hearing on the motions this morning and made rulings on the record.

IT IS ORDERED pursuant to Fed. R. Civ. P. 34 and 45:

(1) The Motion [Doc. # 9] and the Joint Motion [Doc. # 18] are GRANTED.

(2) Beginning at 12:00 noon on February 14, 2014, Title Resources Guaranty

Company ("TRGC") may inspect the following accounts through remote access without any ability to manipulate the accounts, *i.e.*, make withdrawals, deposits, or transfers, from and after the date of this order and on an on-going basis until these accounts are terminated. TRGC is permitted to remotely review and print the ledger, balances, and copies of checks related to the following Citywide bank accounts,[1] as well as the accounts identified in paragraphs 1 and 2 of the section titled Requests for Production to the extend such information is available on-line:

| Account name | Account # |
|---|---|
| ATS HUD Trust | ****821 |
| ATS Retail Trust | ***537 |
| AHT Trust | ***609 |
| American Land Trust | ****609 |
| AHT Working | ***617 |
| ATS Working | ***547 |
| American Land Work | ****596 |
| American Title Corp | ****590 |
| Underwriter | ***553. |

(3)     Unless available on-line as described above, Citywide will produce as soon as possible after 12:00 noon on February 14, 2014, copies of all bank statements, cancelled checks (or images of cancelled checks), wire/transfer advices, and telephonic transfer advices for the following operating accounts for the last three years:

| Account name | Account # |
|---|---|
| AHT Working | ***617 |
| ATS Working | ***547 |
| American Land Work | ****596 |
| American Title Corp | ****590 |

---

[1] Only the last three digits of the account numbers are used in light of the public nature of this Order. TRGC and Citywide agree as to which account numbers are subject to this Order.

(4)     Unless available on-line as described above, Citywide will produce as soon as possible after 12:00 noon on February 14, 2014, copies of all bank statements for the following escrow trust accounts for the last three years:

| Account name | Account # |
|---|---|
| ATS HUD Trust | ****821 |
| ATS Retail Trust | ***537 |
| AHT Trust | ***609. |

(5)     TRGC shall pay the standard fees and charges associated with the production of documents under this Order.

(6)     TRGC shall comply with all privacy laws and rights applicable to the information and documents produced hereunder and limit the distribution of any information it views to only those individuals who have a need to know for the purposes of this action.

(7)     This Order constitutes an order compelling discovery and a validly issued subpoena.

Dated February 14, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge