**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-0366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,

    Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation;  AMERICA'S HOME TITLE, LLC, a Colorado limited liability company;  AMERICAN TITLE CORP., a Colorado corporation;
ESTATE OF RICHARD TALLEY, a Colorado decedent;
CHERYL TALLEY, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley;
BILL KRIEG, an individual;
GK PEAKVIEW TOWER, LLC, a Delaware limited liability company; and
CITYWIDE BANKS, a Colorado corporation

    Defendants.

## ORDER

This matter is before the court on review of the "Advise of Bankruptcy Filing" filed by Defendant American Title Services Company on March 17, 2014.  (ECF No. 33.) According to this advisement, on March 12, 2014, Defendant American Title Services Company filed for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Colorado.  Therefore, Section 362 of the United States Bankruptcy Code applies with respect to Defendant American Title Services

Company and the property of this party. 11 U.S.C. § 1520(a). Section 362(a) of the Bankruptcy Code provides

> Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or . . . operates as a stay, applicable to all entities, of (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.
>
> ***
>
> (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

Title 11 U.S.C. § 362(a). Accordingly, the bankruptcy precludes continuing this litigation with respect to Defendant American Title Services Company.

It is therefore ORDERED that all proceedings against Defendant American Title Services Company are STAYED unless and until relief from the automatic stay in Bankruptcy Case No. 14-12894-SBB is granted.

Defendant American Title Services Company is ORDERED to file a status report in this case within ten days of any relief from stay in the bankruptcy case.

DATED this 20th day of March, 2014.

BY THE COURT:

_(signature)_

_____
RAYMOND P. MOORE
United States District Judge