IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,

Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,
AMERICA'S HOME TITLE, LLC, a Colorado limited liability company,
AMERICAN TITLE CORP., a Colorado corporation,
ESTATE OF RICHARD TALLEY, a Colorado decedent,
CHERYL TALLEY, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley,
BILL KRIEG, an individual,
MATILDE TALLEY, a Florida resident, individually and as Trustee of the Matilde Talley Trust, a Florida Trust, and
DOE DEFENDANTS 1-100,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Unopposed Motion to Convert Scheduling Conference to a Status Conference** [docket no. 78, filed September 10, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for **September 17, 2014, at 9:00 a.m.,** is changed to a Status Conference. It is not necessary for the parties to prepare and submit a proposed Scheduling Order at this time.

DATED: September 10, 2014