IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,

Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,
AMERICA'S HOME TITLE, LLC, a Colorado limited liability company,
AMERICAN TITLE CORP., a Colorado corporation,
ESTATE OF RICHARD TALLEY, a Colorado decedent,
CHERYL TALLEY, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley, and
BILL KRIEG, an individual,

Defendants.
_____

**ORDER**
_____

At a status conference held this morning, the plaintiff and responding defendants jointly requested that a scheduling conference be delayed until early 2015 to allow the plaintiff to seek relief from the bankruptcy stay applicable to American Title Services Company and to complete service of process against Matilde Talley.

IT IS ORDERED that a scheduling conference is set for January 20, 2015, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it no later than January 13, 2015.

Dated September 17, 2014.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge