# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-00366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas Corporation,

    Plaintiff,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation;
AMERICA'S HOME TITLE, LLC, a Colorado limited liability company;
AMERICAN TITLE CORP., a Colorado corporation;
ESTATE OF RICHARD TALLEY, a Colorado decedent;
CHERYL TALLEY, a Colorado resident, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley;
BILL KRIEG, a Colorado resident;
MATILDE TALLEY, a Florida resident, individually and AS TRUSTEE OF THE MATILDE TALLEY TRUST, a Florida Trust; and
DOE DEFENDANTS 1-100,

    Defendants.

_____

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
### WITHOUT PREJUDICE OF DEFENDANT MATILDE TALLEY
_____

    THIS MATTER comes before the Court on Plaintiff Title Resources Guaranty Company's and Defendant Matilde Talley's Stipulated Motion for Dismissal Without Prejudice of Defendant Matilde Talley (ECF No. 93), individually and as Trustee of the Matilde Talley Trust pursuant to Fed. R. Civ. P. 41(a)(2). The Court, having considered the Stipulated Motion and otherwise being fully advised,

    HEREBY ORDERS, that the Stipulated Motion for Dismissal Without Prejudice of Defendant Matilde Talley, individually and as Trustee of the Matilde Talley Trust Case pursuant

to Fed. R. Civ. P. 41(a)(2) is hereby GRANTED, and that Matilde Talley, individually and as Trustee of the Matilde Talley Trust is DISMISSED WITHOUT PREJUDICE.

FURTHER ORDERS that Defendant Matilde Talley's Motion to Dismiss for Lack of Personal Jurisdiction, (ECF No. 88), is DENIED without prejudice as moot.

SO ORDERED this 16th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge