IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,

Plaintiff,

and

UNDERWRITERS AT LLOYD'S, LONDON,

Intervenor,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,
AMERICA'S HOME TITLE, LLC, a Colorado limited liability company,
AMERICAN TITLE CORP., a Colorado corporation,
ESTATE OF RICHARD TALLEY, a Colorado decedent,
CHERYL TALLEY, a Colorado resident, individually and in her capacity as successor to
Richard Talley or representative for the Estate of Richard Talley,
BILL KRIEG, a Colorado resident,
MATILDE TALLEY, a Florida resident, individually and as Trustee of the Matilde Talley Trust,
a Florida Trust, and
DOE DEFENDANTS 1-100,

Defendants.

_____

**ORDER**
_____

Pending is **Certain Underwriters at Lloyd's, London's Motion to Intervene** [Doc. #

85, filed 10/16/2014] (the "Motion to Intervene"), which is GRANTED.

Lloyd's filed the Motion to Intervene on October 16, 2014. The parties had until

November 6, 2014, to file a response, but none was received. My review of the Motion to

Intervene persuades me that intervention is proper.

IT IS ORDERED:

(1) The Motion to Intervene [Doc. # 85] is GRANTED;

(2) The Clerk of the Court is directed to accept for filing the Intervenor Certain Underwriters at Lloyd's, London's Complaint for Declaratory Relief [Doc. # 85-1]; and

(3) The case caption is modified as indicate above.

Dated December 18, 2014.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge