IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00366-RM-BNB

TITLE RESOURCES GUARANTY COMPANY, a Texas corporation,

Plaintiff,

and

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

Intervenor,

v.

AMERICAN TITLE SERVICES COMPANY, a Colorado corporation,
AMERICA'S HOME TITLE, LLC, a Colorado limited liability company,
AMERICAN TITLE CORP., a Colorado corporation,
ESTATE OF RICHARD TALLEY, a Colorado decedent,
CHERYL TALLEY, individually and in her capacity as successor to Richard Talley or representative for the Estate of Richard Talley,
BILL KRIEG, an individual, and
DOE DEFENDANTS 1-100,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Intervenor Certain Underwriters at Lloyd's, London's Motion to Amend Caption** [docket no. 98, filed December 19, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. All future captions are to show the Intervenor's name as: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, as reflected above.

DATED:  December 29, 2014